# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>One Rose Gold Apple iPhone, Model SE, IMEI 356596081613116, Currently Located at ATF Washington Division Evidence Vault | )<br>)<br>) Case No. 1:18-SW-279<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Eastern_____ District of _____Virginia_____
*(identify the person or describe the property to be searched and give its location)*:

One Rose Gold Apple iPhone, Model SE, IMEI 356596081613116, Currently Located at ATF Washington Division Evidence Vault, as further described in Attachment A (Property to be Searched).

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B (Items to be Seized).

**YOU ARE COMMANDED** to execute this warrant on or before _____May 24, 2018_____ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m. ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____Ivan D. Davis_____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 11 May 18 @ 1509 hrs.

/s/ Ivan D. Davis
United States Magistrate Judge
*Judge's signature*

City and state: Alexandria, Virginia          Hon. Ivan D. Davis, U.S. Magistrate Judge
*Printed name and title*

| Return | | |
|---|---|---|
| Case No.:<br>1:18-SW-279 | Date and time warrant executed:<br>6/4/18 | Copy of warrant and inventory left with:<br>SA Bernard Mensah |
| Inventory made in the presence of:<br>SA Bernard Mensah | | |
| Inventory of the property taken and name of any person(s) seized:<br>(1) Flash drive containing extracted data from device. | | |

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 6/21/18

Bernard G. Mensah
*Executing officer's signature*

Bernard Mensah, Special Agent
*Printed name and title*

## ATTACHMENT A

## PROPERTY TO BE SEARCHED

The property to be searched is one rose gold Apple iPhone, Model SE, IMEI: 356596081613116, cellular device (hereinafter the "DEVICE") that was seized by ATF from the person of Brittany Nicole BLANKEN incident to her arrest on April 26, 2018. The DEVICE is currently in ATF custody.

This warrant authorizes the forensic examination of the DEVICE for the purpose of identifying the electronically stored information described in Attachment B.



## **ATTACHMENT B**

## **ITEMS TO BE SEIZED**

1. All records on the Device described in Attachment A that relate to violations of 18 U.S.C. § 922 and/or 18 U.S.C. § 1952 and involve BLANKEN since November 1, 2017, including:

   a. Incoming/outgoing/missed phone call log(s);

   b. SMS/MMS messages;

   c. voicemail messages;

   d. photographs and videos;

   e. lists of customers and related identifying information (contact list);

   f. any information related to the geographic location of the DEVICE;

   g. The cellular telephone number;

   h. types, amounts, and prices of firearms trafficked as well as dates, places, and amounts of specific transactions;

   i. any information related to sources of firearms (including names, addresses, phone numbers, or any other identifying information);

   j. any information recording BLANKEN's schedule or travel from November 1, 2017 to the present;

   k. any information related to BLANKEN's involvement in coordinating prostitution activities; and

   l. all bank records, checks, credit card bills, account information, and other financial records.

2

2. Evidence of user attribution showing who used or owned the Device at the time the things described in this warrant were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history;

3. Records involving the Internet:

   a. records of Internet Protocol addresses used;

   b. records of Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, and records of user-typed web addresses.

As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as flash memory or other media that can store data) and any photographic form.